**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

TARISE HENRY,

    Plaintiff,

-vs-                                            Case No.  8:06-CV-2008-T-30EAJ

PRISON HEALTH SERVICES, et al.,

    Defendants.
_____/

**ORDER**

Plaintiff, a State of Florida inmate proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Dkt. 1) on October 24, 2006.[1] Plaintiff did not, however, pay the $350.00 filing fee or file a request to proceed *in forma pauperis*, one of which is required to be done within thirty (30) days of the commencement of the action. *See* Rule 1.03(e) of the Local Rules of the United States District Court for the Middle District of Florida (2006) ("The Clerk shall accept for filing all prisoner cases filed with or without the required filing fee or application to proceed *in forma pauperis*. However, a prisoner case will be subject to dismissal by the Court, *sua sponte*, if the filing fee is not paid or if the application is not filed within 30 days of the commencement of the action.").[2]  Thus, pursuant to Local Rule

---

[1] Although the complaint was not received by the Clerk's office for filing until October 25, 2006, in this circuit § 1983 complaints and documents related thereto are considered "filed" when a *pro se* prisoner delivers one of them to a prison official for mailing. *See Houston v. Lack*, 487 U.S. 266, 270-71 (1988) (a notice of appeal filed by an incarcerated *pro se* litigant was deemed filed at the time the inmate relinquished control of it to prison officials). Plaintiff executed the complaint on October 24, 2006.

[2] Plaintiff is cautioned that although you are appearing *pro se*, you are required to comply with the Local Rules of the Middle District of Florida and the Federal Rules of Civil Procedure.  Failure to do so could result in sanctions, including dismissal of your claims.  *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). A copy of the Local Rules may be obtained at no charge by mailing a letter to the Clerk's Office. Because the Court cannot pay the mailing costs, you must also provide a self-addressed envelope with $3.95 postage affixed thereto.  A copy of the Local Rules may be found in the institution's law library.

1.03(e), this action will be dismissed without prejudice. *See also* 28 U.S.C. §§ 1914, 1915(a)(1).

If Plaintiff decides to initiate a new civil rights case, he must pay the $350.00 filing fee or file a request to proceed *in forma pauperis* within thirty (30) days of the commencement of the action.

**ACCORDINGLY**, the Court **ORDERS** that:

1. Plaintiff's Complaint is hereby **DISMISSED** without prejudice. **Dkt. 1.**
2. The **Clerk** shall enclose a copy of the court-approved civil rights complaint form and an affidavit of indigency with Plaintiff's copy of this order.
3. The **Clerk** is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 5, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:jsh

Copy furnished to:
*Pro Se* Plaintiff

-2-